

ORIGINAL

FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0132

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0132

BRYCE EVERETT PETERSON,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

FILED

APR 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

    Bryce Everett Peterson moves this Court to appoint counsel and for an extension of time to file his opening brief. As grounds, Peterson provides that he is indigent and incarcerated. He adds that extraordinary circumstances exist which have limited his movement and access to legal research. Peterson requests an additional 120 days to file his brief because his "legal access at the Montana State Prison does not exist and library services are suspended[.]"

    Peterson is appealing the Ravalli County District Court's denial of his second petition for postconviction relief in Cause No. DV-19-468. Peterson is not entitled to representation from appellate counsel. There is no right to the appointment of counsel in a proceeding on a motion for postconviction relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Peterson represented himself in his postconviction proceeding before the District Court. Peterson has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA.

    Peterson's opening brief is due on April 15, 2020. In light of his motion, however, we agree that some additional time is warranted here. Accordingly,

    IT IS ORDERED that Peterson's Motion for Appointment of Counsel is DENIED.

IT IS FURTHER ORDERED that Peterson's Motion for an Extension of Time is GRANTED, and Peterson shall prepare, file, and serve his opening brief on or before July 14, 2020, or ninety days from his original due date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Bryce Everett Peterson personally.

DATED this ____ day of April, 2020.

For the Court,

By _____

Chief Justice